# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOE MAGRINI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-916

_____

September 29, 2021

Appeal pursuant to Fla. R. App. P.9.141(b)(2) from the Circuit Court for Sarasota County; Debra Johnes Riva Judge.

Joseph K. Magrini, pro se.

PER CURIAM.

   Affirmed.

KHOUZAM, LUCAS, and, ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.